Henry H. Jackson et al., as Executors of and Trustees under the Will of Peter A. H. Jackson, Appellants, *v.* Mary E. Rowe, Respondent.

Reported below, 106 App. Div. 65, 614.
(Argued May 20, 1907; decided May 28, 1907.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1905, affirming a judgment in favor of defendant entered upon a decision of the court on

41

trial at Special Term.    Also motion to dismiss an appeal from an order of said Appellate Division, entered June 29, 1905, which affirmed an order of Special Term denying a motion for a new trial.

The first motion was made upon the ground that no questions of law were raised which could be reviewed by the Court of Appeals, the exceptions being frivolous and the Appellate Division having unanimously decided that the findings of the trial court were supported by the evidence.    The second on the grounds that the order sought to be reviewed was not an intermediate order and the granting or refusing thereof was discretionary.

*F. B. Woodruff* for motion.

*John L. Wells* opposed.

Motion to dismiss appeal from judgment denied, with ten dollars costs.    Appeal from order dismissed and record deemed amended by striking out all papers and proceedings with reference thereto.